IRON HORSE LEGAL SERVICES
1830 S. ALMA SCHOOL RD., SUITE 104
MESA, ARIZONA 85210
(480) 355-4244

Client Matter # 1386.01
IHLS Matter # 15049-0026



# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert D. Maguire;<br><br>Plaintiff,<br><br>v.<br><br>Cathleen A. Coltrell, et al.,<br><br>Defendants. | Case No. **CV14-0155-PHX DGC**<br><br>**AFFIDAVIT OF SERVICE BY PRIVATE PROCESS SERVER** |

**Jim Gregg** being sworn states that I am a private process server registered in Maricopa County as an officer of the Court. On **November 25, 2015**, I received the following documents:

**LETTER (1); STIPULATED JUDGMENT (1); JUDGMENT AGAINST GARNISHEE INDEBTED TO DEFENDANT (1); NOTICE OF HEARING ON GARNISHMENT(NON-EARNINGS) (2); REQUEST FOR HEARING ON GARNISHMENT(NON-EARNINGS) (2); NOTICE TO JUDGMENT DEBTOR OF GARNISHMENT(NON-EARNINGS) (2); GARNISHEE'S ANSWER(NON-EARNINGS) (4); WRIT OF GARNISHMENT AND SUMMONS(NON-EARNINGS)(A.R.S. 12-1571 through -1574)(2); INSTRUCTIONS TO GARNISHEE: GARNISHMENT OF NON-EARNINGS (1).**

From **J. Phillip Glasscock, P.C. (J. Phillip Glasscock)** and in each instance I personally served a copy of each document, listed above upon: **Truwest Credit Union,** in the above captioned matter on **November 25, 2015 @ 11:33 am** at **1667 N. Priest Drive, Tempe, AZ 85281**, in the following manner:

By leaving true copies of the above-documents with: **Joelle Romo, Executive Assistant, who identified herself as capable of accepting service on behalf of Truwest Credit Union.**

☒ In Person  ☐ Substituted Service  ☐ Posted

Approximate Description of person served:

| Gender | Height | Weight | Hair | Eyes | Ethnicity | Age | Other |
|---|---|---|---|---|---|---|---|
| Female | 5'8" | 145 lbs. | Black | Brown | Hispanic | 33 | Black Framed Glasses |

I declare under penalty of perjury that the foregoing is true and correct. Executed: **November 25, 2015**.

*Jim Gregg* (signature)

**Jim Gregg**, ACPS, **8259**
Officer of the Court, Maricopa County

Writ Fee: $85.00
Service of Process: $22.00
Mileage: $22.00
Rush: $ 35.00
Proof of Service: $10.00
Total: $ 179.00

State of Arizona       )
                       )
County of Maricopa     )

Subscribed and sworn (or affirmed) before me this  25th  day of  November , 20 15 .

*Sara C. Sanchez* (signature)
Notary Public

My Commission Expires:  12-22-17



SARA C. SANCHEZ
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
December 22, 2017